Certificate Number: 14424-PAE-DE-035265154

Bankruptcy Case Number: 20-14789



14424-PAE-DE-035265154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2021, at 4:58 o'clock PM EST, David A Updegrave completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 13, 2021                By:   /s/Mabelyn Ramirez

                                       Name: Mabelyn Ramirez

                                       Title: Instructor