United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14789-pmm
David A. Updegrave  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Apr 29, 2021     Form ID: 155     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Updegrave, 550 Fritztown Rd., Reading, PA 19608-1510 |
| 14570693 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14570314 | + | Cap1/cabelas, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14580608 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14590687 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14574261 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14585604 | + | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14570319 | + | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14570320 | + | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2698 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14572207 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 30 2021 02:30:07 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14570313 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 30 2021 02:12:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14570315 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 30 2021 02:29:15 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14570316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2021 02:31:02 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14570317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2021 02:29:23 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14570318 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2021 02:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14584715 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2021 02:29:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585670 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2021 02:30:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: 155 | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

**Name**            **Email Address**

BRENNA HOPE MENDELSOHN
                    on behalf of Debtor David A. Updegrave tobykmendelsohn@comcast.net

REBECCA ANN SOLARZ
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David A. Updegrave
      Debtor(s)

Chapter: 13
Bankruptcy No: 20−14789−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th day of April 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

26
Form 155