| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14789-PMM**

David A. Updegrave
550 Fritztown Rd.
Reading  PA   19608

Petition Filed Date: 12/18/2020
341 Hearing Date: 01/19/2021
Confirmation Date: 04/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2021 | $130.00 | | 02/25/2021 | $130.00 | | 03/25/2021 | $130.00 | |
| 04/26/2021 | $130.00 | | 05/26/2021 | $130.00 | | | | |

**Total Receipts for the Period:  $650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $2,608.13 | $0.00 | $2,608.13 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $5,003.60 | $0.00 | $5,003.60 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $3,197.14 | $0.00 | $3,197.14 |
| 5 | CAVALRY SPV I LLC<br>»» 004 | Unsecured Creditors | $8,051.37 | $0.00 | $8,051.37 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $8,208.18 | $0.00 | $8,208.18 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $2,200.00 | $483.60 | $1,716.40 |

**Chapter 13 Case No. 20-14789-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $650.00 | Current Monthly Payment: | $129.81 |
| Paid to Claims: | $483.60 | Arrearages: | ($0.57) |
| Paid to Trustee: | $49.40 | Total Plan Base: | $6,231.26 |
| Funds on Hand: | $117.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.