United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-14789-pmm
David A. Updegrave                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                 Page 1 of 2
Date Rcvd: Apr 21, 2022            Form ID: pdf900             Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Updegrave, 550 Fritztown Rd., Reading, PA 19608-1510 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14590687 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14574261 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570320 | + | Riverfront Fed Cr Un, 430 S 4th St, Reading, PA 19602-2698 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 21 2022 23:55:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 21 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bnc@bass-associates.com | Apr 21 2022 23:55:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 14570693 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2022 00:02:55 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14572207 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2022 00:02:49 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14570313 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 23:55:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14570314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:02:52 | Cap1/cabelas, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14570315 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 00:02:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14580608 | + | Email/Text: bnc@bass-associates.com | Apr 21 2022 23:55:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14570316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 00:02:55 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14570317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 00:02:50 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14570318 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2022 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14584715 |   | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 00:02:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14585670 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 00:02:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14585604 | + | Email/PDF: ebnotices@pnmac.com | Apr 22 2022 00:02:56 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14570319 | + | Email/PDF: ebnotices@pnmac.com | Apr 22 2022 00:02:55 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

**Name** | **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor David A. Updegrave tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    David A. Updegrave<br><br><br>                     Debtor | Chapter 13<br><br>Bankruptcy No. 20-14789-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 21, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE